**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **HILDA L. SOLIS,** | ) | |
| Secretary of Labor, | ) | |
| United States Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 09-0299 (CKK) |
| | ) | |
| **COMMUNICATIONS WORKERS OF** | ) | |
| **AMERICA, AFL-CIO**, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Plaintiff" or "Secretary"), respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 56, to enter summary judgment in Plaintiff's favor because there are no material facts in genuine dispute and Plaintiff is entitled to judgment as a matter of law. In support of this Motion, the Court is respectfully referred to the accompanying Memorandum of Points and Authorities, Plaintiff's Statement of Material Facts Not in Genuine Dispute, and the supporting Declaration and exhibits. A Proposed Order consistent with this Motion is also attached.

Defendant should take notice that any factual assertions contained in the accompanying Declaration and other attachments in support of this Motion will be accepted by the Court as true unless Defendant submits its own affidavit or other documentary evidence contradicting the assertions in Plaintiff's attachments. See Neal v. Kelly, 963 F.2d 453 (D.C. Cir. 1992), Local Rule 7, and Federal Rule of Civil Procedure 56(e), which provide as follows:

1

Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein.  Sworn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith.  The court may permit affidavits to be supplemented or opposed by depositions, answers to interrogatories, or further affidavits.  When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse party's pleading, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial.  If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

Fed. R. Civ. P. 56(e).

Respectfully submitted,


_____/s/_____
RONALD C. MACHEN JR., DC BAR # 447889
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, DC BAR # 434122
Assistant United States Attorney


_____/s/_____
ROBIN M. FIELDS, DC BAR # 461601
Special Assistant United States Attorney
555 Fourth Street, NW, Room E4817
Washington, D.C.  20530
(202) 514-7139 (phone)
(202) 514-8780 (fax)
robin.fields@usdoj.gov

Of Counsel:
M. Patricia Smith, Solicitor of Labor
Katherine E. Bissell, Associate Solicitor for Civil Rights and Labor-Management
Sharon E. Hanley, Counsel for Labor-Management Programs
Radine Legum, Attorney
Office of the Solicitor
Division of Civil Rights and Labor-Management

U.S. Department of Labor
200 Constitution Avenue, N.W. – Room N2474
Washington, D.C.  20210