**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, Plaintiff, v. COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, Defendant. | Civil Action No. 09-299 (CKK) |

**ORDER**
(February 23, 2011)

For the reasons expressed in the accompanying Memorandum Opinion, it is, this 23rd day of February, 2011, hereby

**ORDERED** that Defendant's [17] Motion for Summary Judgment is GRANTED-IN-PART with respect to Plaintiff's claim that Defendant violated the Labor-Management Reporting and Disclosure Act by restricting election observers' ability to observe the counting of ballots at the 2008 CWA Convention and DENIED-IN-PART in all other respects; it is further

**ORDERED** that Plaintiff's [19] Motion for Summary Judgment is DENIED; and it is further

**ORDERED** that the parties shall file a Joint Status Report by no later than March 25, 2011 indicating how they propose to proceed with this action.

**SO ORDERED.**

Date: February 23, 2011

_____/s/_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge