**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **HILDA L. SOLIS,** | ) | |
| Secretary of Labor, | ) | |
| United States Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-0299 (CKK) |
| | ) | |
| **COMMUNICATION WORKERS** | ) | |
| **OF AMERICA, AFL-CIO,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## THE PARTIES' JOINT STATUS REPORT

Pursuant to the Court's Orders dated February 23, 2011 and March 22, 2011, Plaintiff,

Hilda L. Solis, Secretary, United States Department of Labor ("DOL"), and Defendant,

Communications Workers of America, AFL-CIO ("CWA"), respectfully submit this Joint Status

Report.  The parties are pleased to report that they have reached a settlement in principle of the

above-captioned suit.  Finalization of the settlement by the DOL is subject to approval of the

final settlement authority within the Department of Justice.  Once that approval is obtained, the

parties will file a stipulation of dismissal with prejudice with the Court, which they anticipate

doing so no later than thirty days from the filing of this Joint Status Report.

Respectfully submitted,

|  |  |
|---|---|
| | /s/ Stephen B. Moldof /bmr |
| RONALD C. MACHEN JR. | Stephen B. Moldof |
| United States Attorney | COHEN, WEISS AND SIMON LLP |
| | 330 West 42nd Street, 25th Floor |
| RUDOLPH CONTRERAS | New York, New York 10036 |
| Chief, Civil Division | Ph: 212-563-4100 |

/s/ Beverly M. Russell
BEVERLY M. RUSSELL, DC Bar No. 454257
United States Attorney's Office for the
  District of Columbia, Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
Ph:  202-307-0492

Patricia Shea, DC Bar No. 367231
Communications Workers of America, AFL-CIO
501 Third Street, NW
Washington, D.C.  20001