UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HILDA L. SOLIS,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNICATION WORKERS<br>OF AMERICA, AFL-CIO,<br><br>Defendant. | Civil Action No. 09-0299 (CKK) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, plaintiff Hilda L. Solis, Secretary, United States Department of Labor and defendant Communications Workers of America, AFL-CIO, that this action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs.

For the Plaintiff:

RONALD C. MACHEN JR.
United States Attorney

RUDOLPH CONTRERAS
Chief, Civil Division

For the Defendant:

Stephen B. Moldof
COHEN, WEISS AND SIMON LLP
330 West 42nd Street, 25th Floor
New York, New York 10036
Ph: 212-563-4100

_____
BEVERLY M. RUSSELL, DC Bar No. 454257
United States Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
Ph: 202-307-0492

Date: 5/4/2011

Patricia Shea, DC Bar No. 367231
Communications Workers of America, AFL-CIO
501 Third Street, NW
Washington, D.C. 20001

Date: 5/2/11

**SO ORDERED**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: